**Order entered October 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00760-CR

**BERNARD ANDRE EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F14-76339-Y

## ORDER

The Court has before it appellant's October 13, 2016 "Rule 2 Suspension Motion." In the motion, appellant states he has no access to a copier and asks the Court to allow him to file a single copy of his pro se response to appellate counsel's September 28, 2016 *Anders* brief. We **GRANT** appellant's motion. Appellant shall be allowed to file a single copy of his pro se response.

/s/    LANA MYERS
       JUSTICE